## LAW OFFICES OF
## KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

**MEMO ENDORSED**

Via ECF

June 3, 2020

Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: USA V. CURTIS DIMMIE
7:15 Cr. 005 (NSR) -03

Dear Judge Román:

In or about 2015, I was appointed as counsel for Curtis Dimmie in the above matter. On or about March 29, 2016, Mr. Dimmie was sentenced by the Court to ninety-eight (98) months imprisonment. Mr. Dimmie is currently at Fort Dix where he is serving his sentence. Mr. Dimmie informs me that he has applied for compassionate release as a result of his current medical condition and the COVID-19 Pandemic, but his application has been denied. Mr. Dimmie has asked me to assist him in pursuing an application in the District Court for compassionate release. I am therefore requesting that Your Honor reappoint me as CJA counsel for this purpose nunc pro tunc to 4-24-2020.

Thank you for your consideration.

Respectfully submitted,

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

---

The application is  X  granted.
                      denied.

Nelson S. Román, U.S.D.J.
Dated: June 3, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 319).

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2020